UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,

       - v -          NOTICE OF INTENT TO
                     FILE AN INFORMATION

JABRIEL LEWIS,
 a/k/a "Jabriel Lawson,"
 a/k/a "Jamal Lawson,"
 a/k/a "Jamal Lewis,"

        Defendant.
                          07CRIM. 695
- - - - - - - - - - - - - - - - -x

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          July 18, 2007

                          MICHAEL J. GARCIA
                          United States Attorney

           By: _____
               Jillian B. Berman
               Assistant United States Attorney

           AGREED AND CONSENTED TO:

           By: _____
               Martin J. Siegel
               Attorney for Jabriel Lewis

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/07

7/19/07 wheeLA