UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

          - v. -                  :        **INFORMATION**

JABRIEL LEWIS,                    :
 a/k/a "Jabriel Lawson,"
 a/k/a "Jamal Lawson,"            :
 a/k/a "Jamal Lewis,"

                                  :
          Defendant.

                                  :
- - - - - - - - - - - - - - - - x

**07CRIM** (WHP) **695**

**COUNT ONE**

The United States Attorney charges:

1.   On or about December 7, 2006, in the Southern

District of New York, JABRIEL LEWIS, a/k/a "Jabriel Lawson,"

a/k/a "Jamal Lawson," a/k/a "Jamal Lewis," the defendant,

unlawfully, intentionally, and knowingly, did distribute and

possess with intent to distribute a controlled substance, to wit,

mixtures and substances containing a detectable amount of cocaine

base, in a form commonly known as "crack."

          (Title 21, United States Code, Sections
             812, 841(a)(1) and 841(b)(1)(C).)

**FORFEITURE ALLEGATION**

2.   As a result of committing the controlled substance

offense alleged in Count One of this Information, JABRIEL LEWIS,

a/k/a "Jabriel Lawson," a/k/a "Jamal Lawson," a/k/a "Jamal

Lewis," the defendant, shall forfeit to the United States,

pursuant to 21 U.S.C. § 853, any and all property constituting or

derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Information.

<u>Substitute Asset Provision</u>

3.    If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant --

       (1)    cannot be located upon the exercise of due diligence;

       (2)    has been transferred or sold to, or deposited with, a third person;

       (3)    has been placed beyond the jurisdiction of the Court;

       (4)    has been substantially diminished in value; or

       (5)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. §
853(p), to seek forfeiture of any other property of the defendant
up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841 and 853.)


MICHAEL J. GARCIA
United States Attorney

7/27/07 Fld Inf J Waiver of Ind

AUSA _____ Berman pres. Def't _____

Cmu. pres. w/atty. Mark Siegel.

Def't pleads. a/t d Inf. T/E untl

8/14/07 Def't cat debril.

_____
_____