Judge Pauley

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                               :
UNITED STATES OF AMERICA     :
                               :
       - v. -              :     07 Cr. ____
                               :
JABRIEL LEWIS,                :
 a/k/a "Jabriel Lawson,"
 a/k/a "Jamal Lawson,"       :
 a/k/a "Jamal Lewis,"
                               :
          Defendant.    :
- - - - - - - - - - - - - - - - x

07CRIM. 695

       The above-named defendant, who is accused of violating Title 21, United States Code, Sections 812, 841(a)(1) and 841(b)(1)(C), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                      _____
                                      Defendant

                                      _____
                                      Witness

                                      _____
                                      Counsel for Defendant

Date:     New York, New York
          July 27, 2007