USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :

       - v. -                         :     ORDER

JABRIEL LEWIS,                          :     07 Cr. 695 (WHP)

              Defendant.       :

- - - - - - - - - - - - - - - - - - - - x

       WHEREAS, with his consent, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on August 17, 2007;

       WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

       WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

       IT IS HEREBY ORDERED that the defendant's guilty plea is accepted; and it is further

       ORDERED that the defendant will be sentenced on November 16, 2007, at 2:30 p.m.

SO ORDERED:

Dated:    New York, New York
           Sept 12, 2007

                                      WILLIAM H. PAULEY III
                                      UNITED STATES DISTRICT JUDGE